UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) DOCKET NO.: 3:18-MJ-00167 |
| | ) |
| v. | ) **NOTICE OF ATTORNEY APPEARANCE** |
| | ) |
| MOHAMMAD RAHMAN AL QATAMIN | ) |
| | ) |

**NOW COMES** the United States of America, by and through R. Andrew Murray, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the Government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this 25th day of May, 2018.

R. ANDREW MURRAY
United States Attorney

/s/ Casey Arrowood
District of Columbia #996381
Assistant United States Attorney
Suite 1650, Carillon Building
227 West Trade Street
Charlotte, North Carolina 28202
Telephone: (704) 344-6222
Fax:   (704) 344-6629
E-mail: casey.arrowood@usa.doj.gov

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that on this 25th day of May, 2018, the foregoing was duly served the defendant by ECF filing upon the defendant's counsel of record.

  Rahwa Gebre-Egziabher
  Federal Defenders of Western North Carolina
  129 West Trade St., Suite 300
  Charlotte, NC 28202
  Rahwa_Gebre-Egziabher@fd.org

            s/ Casey Arrowood